Charles L. Post, State Bar No. 160443
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
E-mail: jkachmar@weintraub.com

Attorneys for Defendants Steven R. Jones and Merhawit Mellse

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERSAN USA, INC., a New Jersey Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN R. JONES, an individual; MERHAWIT MELLSE, an individual; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:09-CV-00132-MCE-KJM<br><br>ORDER ON DEFENDANTS STEVEN R. JONES AND MERHAWIT MELLSE'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Defendants Steven R. Jones and Merhawit Mellse (collectively "Defendants") ex parte application for an extension of time to respond to the complaint filed by Plaintiff Aversan USA, Inc. ("Plaintiff") is hereby granted.

Defendants' responsive pleading is due on or before March 20, 2009.

IT IS SO ORDERED.

DATED: February 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com