DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
dcoyle@downeybrand.com

Attorneys for Plaintiff
AVERSAN USA, INC.

WEINTRAUB GENSHLEA CHEDIAK
CHARLES L. POST (Bar No. 160443)
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
Telephone: (916) 558-6000
Facsimile:  (916) 446-1611
cpost@weintraub.com

Attorneys for Defendants
STEVEN JONES and MERHAWIT MELLSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERSAN USA, INC., a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN R. JONES, an individual; MERHAWIT MELLSE, an individual; and DOES 1-10,<br><br>Defendants. | Case No.  2:09-CV-00132 MCE KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to be responsible for their or its own attorneys' fees and costs.

/ / /

/ / /

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: September 25, 2009    DOWNEY BRAND LLP

By: /s/ Daniel J. Coyle
DANIEL J. COYLE
Attorney for Plaintiff
AVERSAN USA, INC.

DATED: September 25, 2009    WEINTRAUB GENSHLEA CHEDIAK

By: /s/ Charles L. Post
CHARLES L. POST
Attorney for Defendants
STEVEN JONES and MERHAWIT MELLSE

## ORDER

IT IS HEREBY ORDERED, per the Stipulation of the Parties, that the above-entitled matter is hereby dismissed with prejudice. The Clerk of Court is directed to close the file.

DATED: September 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com